UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH WORKMAN, | ) | CASE NO.:  1:21-CV-02325 |
| | ) | |
| Plaintiff, | ) | JUDGE:  DAN AARON POLSTER |
| | ) | |
| vs. | ) | **STIPULATION AND ORDER OF** |
| | ) | **DISMISSAL WITH PREJUDICE AS TO** |
| VILLAGE OF WOODMERE, et al., | ) | **DEFENDANT CHRISTOPHER COLON** |
| | ) | **ONLY** |
| Defendant | ) | |
| | ) | |

We, the attorneys for the respective parties, do hereby stipulate that the above-captioned matter has been fully settled and compromised in part and that this action be dismissed with prejudice as to Defendant Christopher Colon only.  This action shall remain pending as to all other Defendants.  The Court may enter an order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

Dated: August 22, 2022

_s/ Dan Aaron Polster_
JUDGE DAN AARON POLSTER

s/Matthew D. Besser (via email consent 8/21/22)
MATTHEW D. BESSER (0078071)
Bolek Besser Glesius LLC
Monarch Centre, Suite 302
5885 Landerbrook Drive
Cleveland, OH  44124
(216) 464-3004
(866) 542-0743 - Fax
Email: mbesser@bolekbesser.com

Counsel for Plaintiff

s/James A. Climer
JAMES A. CLIMER (0001532)
EDMOND Z. JABER (0096355)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   jclimer@mrrlaw.com
            ejaber@mrrlaw.com

Counsel for Defendants