UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH WORKMAN, | ) | CASE NO.: 1:21-CV-02325 |
| Plaintiff, | ) ) | JUDGE: DAN AARON POLSTER |
| vs. | ) ) ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| VILLAGE OF WOODMERE, et al., | ) ) | |
| Defendant | ) ) | |

We, the attorneys for the respective parties, do hereby stipulate that the above-captioned matter has been fully settled and compromised, with prejudice, as to all remaining Defendants, Village of Woodmere and Sheila Mason. The Court may enter an order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

_____ 9/12/2022
JUDGE DAN AARON POLSTER

APPROVED:

| | |
|---|---|
| s/Matthew D. Besser (via email consent 9/12/22) | s/James A. Climer |
| MATTHEW D. BESSER (0078071) | JAMES A. CLIMER (0001532) |
| Bolek Besser Glesius LLC | Mazanec, Raskin & Ryder Co., L.P.A. |
| Monarch Centre, Suite 302 | 100 Franklin's Row |
| 5885 Landerbrook Drive | 34305 Solon Road |
| Cleveland, OH 44124 | Cleveland, OH 44139 |
| (216) 464-3004 | (440) 248-7906 |
| (866) 542-0743 - Fax | (440) 248-8861 – Fax |
| Email: mbesser@bolekbesser.com | Email: jclimer@mrrlaw.com |
| Counsel for Plaintiff | Counsel for Defendants |